**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Mitchell S. Griffin  (SBN 114881)
Max L. Kelley  (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
WORLD FUEL SERVICES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M/V ESSEX STRAIT, IMO No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10.<br><br>　　　　　　Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**VERIFIED COMPLAINT FOR FORECLOSURE OF MARITIME LIEN**<br><br>**46 U.S.C. § 31341 et seq.; Supplemental Fed. R. Civ. Proc. C;<br>Local Admiralty and In Rem Rules 510, 512** |

COMES NOW, Plaintiff WORLD FUEL SERVICES ("WFS" or "Plaintiff") and for its complaint against the above named defendants alleges as follows:

## I.　　JURISDICTION AND VENUE

1.　This action is within the admiralty jurisdiction of this court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1333(1), and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.　At all times relevant to this action, the *in rem* defendant vessel M/V

-1-　　　　　　　　　　　Case No.
VERIFIED COMPLAINT

ESSEX STRAIT, IMO No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc. (the "Vessel"), was and is duly documented under the laws of Liberia and, on information and belief, owned by Carsten Rehder Schiffsmakler und Reederei & Company KG ("Carsten Rehder" or "Owner"), a German entity.

3. Venue is proper in this Court because the *in rem* defendant Vessel is physically located within the Eastern District of California. Venue is also proper in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1391 (b)(2).

## II.  THE PARTIES

4. Plaintiff WFS is a 'dba'/division of World Fuel Services (Singapore) PTE LTD., which is a business entity formed and operating under the laws of Singapore.

5. *In rem* defendant Vessel is a 190 meter (623 foot) bulk carrier of Liberian registry, IMO number 9488566.

## III.  THE DISPUTE

6. On October 1, 2012, Plaintiff WFS sold the defendant Vessel 1,044.7050 metric tons of fuel at $650.00 per metric ton. The total amount due for the fuel was $679,058.25, which was due and owing within 30 days, or by October 31, 2012. A true and correct copy of the invoice generated by WFS and presented to the Vessel is attached hereto as **EXHIBIT 1**.

7. The defendant Vessel has failed to make any payment to WFS for the fuel it received on October 1, 2012, and the entire purchase price for the fuel in the amount of $679,058.25 remains outstanding. In addition, Plaintiff is entitled to interest through November 21, 2013, in the amount of $174,744.32, and administrative fees in the amount of $33,952.91. The total amount now outstanding and due is **$887,755.49**.

8. As a result, Plaintiff has a maritime lien under 46 U.S.C. section 31341

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-2-    Case No.
VERIFIED COMPLAINT

...

*et seq.* and is entitled to bring this action to foreclose said lien.

9. Interest on the outstanding balance continues to accrue at the rate of $452.71 per day.

## IV. ARREST OF THE VESSEL UNDER RULE C

10. Plaintiff has a valid maritime lien against the Vessel, as aforesaid.

11. Pursuant to Rule C of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), Plaintiff is entitled to arrest the Vessel.

## PRAYER FOR RELIEF

COMES NOW Plaintiff WFS and prays for the following relief:

A. For an order directing the Vessel to respond to the Complaint;

B. That a Warrant of Arrest in due form of law and according to the practice of this Honorable Court in cases of admiralty or maritime jurisdiction may issue herein against the defendant Vessel pursuant to Supplemental Rule C;

C. For judgment in favor of plaintiff WFS;

D. For prejudgment interest as allowed by law on all sums that shall be adjudged to be owed; and

E. That Plaintiff receive such other and further relief as the Court deems just and proper, including attorneys' fees and costs.

Dated: November 21, 2013

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
WORLD FUEL SERVICES

By: ____/s/ Mitchell S. Griffin_____
Mitchell S. Griffin
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

VERIFIED COMPLAINT                              -3-                                    Case No.

## VERIFICATION

I, Mitchell S. Griffin, declare as follows:

1. I am a partner at the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, CA 94105, attorneys of record for the plaintiff World Fuel Services. The facts stated below are based on my own personal knowledge, except those stated as based on information and belief. As to those facts, I believe them to be true based on my current knowledge.

2. There is no representative or agent of the plaintiff in this judicial district, therefore, I make this verification for plaintiff under Local Admiralty Rule 511 (b).

3. I have spoken to Daniel Syphard, the in-house counsel for the plaintiff regarding the matters stated in this Verified Complaint and have examined the invoice attached as **EXHIBIT 1**, as well as other transactional documents and correspondence related to the plaintiff's claims.

4. The matters stated in the Verified Complaint are true to the best of my knowledge, information, and belief.

5. I am authorized by the plaintiff to make this verification on its behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California, on November 21, 2013.

_____
Mitchell S. Griffin

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-4-                                                                 Case No.
VERIFIED COMPLAINT

# WORLD FUEL SERVICES

A DBA/DIVISION OF WORLD FUEL SERVICES (SINGAPORE) PTE LTD.
238A THOMSON ROAD # 17 - 03 NOVENA SQUARE TOWER A
SINGAPORE 307684  Co Registration no: 199501485M
GST# M2-8920852-6

M/V ESSEX STRAIT AND/OR HER OWNERS/OPERATORS AND
DENMAR CHARTERING AND TRADING GMBH
GOLDBEKPLATZ 2
HAMBURG 22303
GERMANY

## TAX INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 116594 | 170355-31501 | 10-OCT-12 | 1 - 1 |

Tel: 65-6215-6999  Fax: 65-6215-6902
Internet: www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR. NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| 01-OCT-12 | 10178 | N/A | N/A | 2567014 | 30 DDD BY TT |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ESSEX STRAIT | SINGAPORE | SINGAPORE | TBN | N/A | 31-OCT-12 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | SGD | USD | SGD | USD | USD |
| 380CST / RMG380 MAX 3.5%S(05) | 1,044.7050 MTN | 650.00000 USD/MTN | 834,426.78 | 679,058.25 | 0.00 | 0.00 | 679,058.25 |
| | | | 834,426.78 | 679,058.25 | 0.00 | 0.00 | 679,058.25 |

COMMENTS
GST 0%

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|---|
| REGULAR MAIL | 1.22880 SGD/USD | SG-31501-1210-60360 | N/A | USD  679,058.25 |

EXHIBIT 1