1 **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 Mitchell S. Griffin (SBN 114881)
Max L. Kelley (SBN 205943)
3 190 The Embarcadero
San Francisco, CA 94105
4 Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
5
Attorneys for Plaintiff
6 WORLD FUEL SERVICES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES | Case No.: CV S-13-2426 WBS |
| Plaintiff, | **IN ADMIRALTY** |
| v. | **ORDER RE EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |
| M/V ESSEX STRAIT, IMO No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10. | |
| Defendants. | |

Plaintiff WORLD FUEL SERVICES ("WFS"), by and through its counsel of record, Cox, Wootton, Griffin, Hansen & Poulos, LLP, having appeared and made the following recitals:

1. On or around November 22, 2013, and concurrently with this Proposed Order, the Verified Complaint herein was filed seeking the arrest and foreclosure sale of the Defendant Vessel M/V ESSEX STRAIT, IMO No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc. (the "Vessel"), to satisfy Plaintiff's claims as stated

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-1-   Case No.
[PROPOSED] ORDER RE EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

therein.

2. Subsequently, the Clerk was ordered by this Court to issue a Warrant for Arrest commanding the U.S. Marshal for the Central District of California to arrest and take into custody the defendant Vessel and to maintain it in his or her custody until further Order of this Court.

3. The defendant Vessel is currently located, or will be located during the pendency of this action, within in the Eastern Judicial District.

4. It is contemplated that the U.S. Marshal will seize the Vessel forthwith. The U.S. Marshal does not provide the services for the safekeeping of vessels he (or she) arrests.

5. National Maritime Services, Inc., as Plaintiff's designated Substitute Custodian, has agreed to assume the responsibility for the safekeeping the Vessel from the U.S. Marshal immediately after the Marshal has arrested the Vessel, and has consented to act as the Vessel's custodian until further Order of this Court, all for a sum, including for storage and routine services required for safekeeping of the Vessel, at its customary rates, as set forth in the Substitute Custodian's concurrently filed supporting declaration.

6. National Maritime Services, Inc., by declaration, avers that it has adequate personnel and supervision for the proper safekeeping of the Vessel, and that it possesses policies of insurance for Commercial Marine Liability, underwritten by St. Paul Travelers and SeaBright Insurance Company, with an aggregate coverage limit of $10,000,000.00.

7. Furthermore, in accordance with the terms of this Order, National Maritime Services, Inc., as Substitute Custodian accepts possession of and responsibility for the Vessel.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

8. In consideration of the U.S. Marshal's consent to this substitution of custody, Plaintiff WFS agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel, its engines, tackle, apparel, furniture, and all other appurtenances pertaining and belonging thereto, from the time the Marshal transfers possession of the Vessel to National Maritime Services as Substitute Custodian. Plaintiff WFS further agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping of the Vessel.

**THEREFORE, IT IS HEREBY ORDERED** that the U.S. Marshal for the Eastern District of California be, and is hereby, authorized and directed, upon his seizure of the Vessel pursuant to this Court's duly-issued Warrant for Arrest, to surrender the custody and possession thereof to National Maritime Services, Inc. as Substitute Custodian, and that upon such surrender, the U.S. Marshal shall be discharged from further duties and responsibilities for the safekeeping of the Vessel and held harmless by Plaintiff WFS from any and all claims arising whatsoever out of the substitute possession, custody, and safekeeping of the Vessel.

**IT IS FURTHER ORDERED** that National Maritime Services be, and is hereby, appointed the custodian of the Vessel to retain it in its custody for possession and safekeeping, for the aforementioned compensation until further Order of this Court.

**IT IS FURTHER ORDERED** that the Substitute Custodian is authorized to take any and all steps to ensure the safekeeping and protection of the Vessel including, but not limited to, moving the Vessel to a secure facility for safekeeping following the arrest of the Vessel, and at any other time during

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

the pendency of this action for the protection and safekeeping of the Vessel and/or upon further order of this Court.

**IT IS FURTHER ORDERED** that all reasonable expenses for the safekeeping of the Vessel shall be deemed administrative expenses of the U.S. Marshal and any and all unearned sums paid to the U.S. Marshal by Plaintiff WFS shall be refunded to Plaintiff WFS.

**IT IS FURTHER ORDERED** that the Plaintiff's counsel of record will serve a copy of this Order on the Vessel and all parties who may appear in this action.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-4- Case No.
[PROPOSED] ORDER RE EX PARTE APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN