**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Mitchell S. Griffin  (SBN 114881)
Max L. Kelley  (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
WORLD FUEL SERVICES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M/V ESSEX STRAIT, IMO No. ) <br> 9488566, its engines, tackle, machinery, ) <br> furniture, apparel, appurtenances, etc., *in* ) <br> *rem*, and DOES 1-10. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.:  CV S-13-2426 WBS <br><br> **IN ADMIRALTY** <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR ARREST WARRANT** |

Plaintiff WORLD FUEL SERVICES has applied for an order from this Court authorizing the Clerk to issue a warrant for the arrest of the Defendant Vessel M/V ESSEX STRAIT, Official No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., (the "Vessel").

Upon reviewing Plaintiff's Request for Review, the Verified Complaint and its supporting exhibit, and the papers submitted therewith, the Court finds that the conditions for an *in rem* action in accordance with Supplemental Admiralty Rule C appear to exist.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-1-    Case No.
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ARREST WARRANT

**THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of this Court is authorized to, and shall issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

2. The Marshal of this District is authorized to serve the Warrant of Arrest on the Vessel;

3. Any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing upon notice to Plaintiff, at which time Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

4. A copy of this Order shall be attached to and served with the Warrant of Arrest.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-2-   Case No.
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ARREST WARRANT