**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Mitchell S. Griffin  (SBN 114881)
Max L. Kelley  (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
WORLD FUEL SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES<br><br>             Plaintiff,<br><br>     v.<br><br>M/V ESSEX STRAIT, IMO No. 9488566, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10.<br><br>             Defendants. | Case No.:  Case No. 2:13-cv-02426-WBS-KJN<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING EX PARTE APPLICATION AND PERMITTING NORMAL PORT OPERATIONS** |

Plaintiff WORLD FUEL SERVICES has applied for an order from this Court authorizing the Defendant Vessel M/V ESSEX STRAIT, Official No. 9488566, (the "Vessel") to engage in normal port operations throughout the duration of its arrest pursuant to this action.

Upon reviewing Plaintiff's *ex parte* application and the other files and documents on record with this Court, this Court finds good cause to permit the Defendant Vessel M/V ESSEX STRAIGHT to engage in normal port operations throughout the duration of its arrest.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex

-1-     Case No. Case No. 2:13-cv-02426-WBS-KJN
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION AND PERMITTING NORMAL PORT OPERATIONS

**THEREFORE IT IS HEREBY ORDERED** that:

The Defendant Vessel M/V ESSEX STRAIGHT shall be permitted to engage in normal port operations including discharge and loading of cargo throughout the duration of its arrest.

**IT IS SO ORDERED.**

Dated:  November 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

WFS.Essex